IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ATHENE ANNUITY & LIFE COMPANY, § § Plaintiff, § § v. § SHERYL J. JARVIS, KEITH JARVIS, § ANTRON SCHROEDER and EUFEMIA § JARVIS, § § Defendants. § | CIVIL ACTION NO. H-15-1201 |

## ORDER

Plaintiff filed a motion to abate the case for 90 days, (Docket Entry No. 8). The motion is granted. The initial pretrial and scheduling conference is reset **to December 4, 2015, at 8:30 am.** The joint discovery/case management plan is due by November 20, 2015.

SIGNED on August 6, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge