IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ATHENE ANNUITY & LIFE COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-15-1201 |
| | § | |
| SHERYL J. JARVIS, KEITH JARVIS, ANTRON SCHROEDER and EUFEMIA JARVIS, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING MOTION TO EXTEND
DEADLINE FOR SERVICE OF PROCESS**

Plaintiff/Interpleader Athene Annuity & Life Company ("Athene") has been unable to effectuate service of process on all of the named defendants in this matter and moves to extend the deadline for service of process under Rule 4(m) of the Federal Rules of Civil Procedure until October 10, 2015. (Docket Entry No. 11). The motion is granted, and the deadline is extended to October 10, 2015. The initial pretrial conference remains set for **December 4, 2015, at 8:30 a.m.** The joint case-management report must be filed by November 20, 2015. Counsel for plaintiff must notify all parties of the new deadlines even if it appears that they received notice from the court.

SIGNED on August 31, 2015, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge